**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1545**
_____

JANIS J. WEYBREW,

                Petitioner - Appellant,

      v.

COMMISSIONER OF INTERNAL REVENUE,

                Respondent - Appellee.

_____

Appeal from the United States Tax Court. (14868-10-L)

_____

Submitted: October 18, 2011       Decided: October 20, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janis J. Weybrew, Appellant Pro Se. Gilbert Steven Rothenberg, Deputy Assistant Attorney General, Sara Ann Ketchum, Bridget Maria Rowan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janis J. Weybrew appeals the tax court's order sustaining the Commissioner's collection determination and imposing sanctions pursuant to I.R.C. § 6673 (2006). We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. <u>Weybrew v. Comm'r of Internal Revenue</u>, Tax Ct. No. 14868-10-L (U.S. Tax Ct. Feb. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>